UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SHEAHAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06186-EMC<br><br>**JUDGMENT** |

On March 4, 2020, the Court issued its Order Granting Defendants' Motions to Dismiss and Dismissing Plaintiffs' Third Amended Complaint With Prejudice (*see* Order, Docket No. 96). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: March 4, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge